DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
Washington Bar No. 29521
U.S. Attorney's Office
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: 775-784-5438
Facsimile: 775-784-5181
Email: *Holly.A.Vance@usdoj.gov*
Attorneys for the United States.

```
           FILED      ____ RECEIVED
  ____ ENTERED        ____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

              APR - 7 2014

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEBRA FERRIERA-TEETER, both
Individually and as Special Administrator to
THE ESTATE OF RANDY TEETER,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendant.

Case No. 3:13-CV-00444-HDM-VPC

**JOINT STATUS REPORT AND MOTION TO VACATE CASE MANAGEMENT CONFERENCE**

COME NOW Defendant United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Assistant United States Attorney HOLLY A. VANCE, and Plaintiff Debra Ferriera-Teeter, Individually and as Special Administrator to The Estate of Randy Teeter, by and through her attorney, Stephen H. Osborne, and hereby provide this status report and jointly request that the case management conference scheduled for April 17, 2014 be vacated.

This Court previously advised the parties: "If there are no discovery disputes, counsel have leave to file a joint report outlining the status of discovery, a potential time line for scheduling a settlement conference, and may request that the case management conference be vacated." (ECF No. 13).

1  The parties are in the process of providing medical records and other information about the
2  case to their retained experts. The parties wish to give those experts an opportunity to review
3  records and provide formal opinions about the case. Once those opinions have issued, the parties are
4  amenable to participating in a settlement conference before the Court. Accordingly, the parties
5  jointly request that the case management conference scheduled for April 17, 2014 be vacated, and a
6  settlement conference be scheduled for a date after the deadline for submission of rebuttal expert
7  reports: June 11, 2014.

8  Respectfully submitted,

9  LAW OFFICE OF STEPHEN H. OSBORNE, LTD.          DANIEL G. BOGDEN
                                                   United States Attorney

12  /s/ Stephen H. Osborne                          /s/ Holly Vance
    STEPHEN H. OSBORNE, Esq.                       HOLLY VANCE
                                                   Assistant United States Attorney

14  /s/ Matthew L. Sharp                           Attorney for the Defendant
    MATTHEW L. SHARP, Esq.

15  Attorneys for Plaintiffs

April 7, 2014.

IT IS SO ORDERED:

VALERIE P. COOKE
Magistrate Judge