UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA FERRIERA-TEETER, both Individually and as Special Administrator to THE ESTATE OF RANDY TEETER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:13-CV-00444-HDM-VPC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 10th day of November, 2014.

_____
STEPHEN H. OSBORNE, ESQ.,
Counsel for Plaintiff

DANIEL G. BOGDEN
United States Attorney

_____
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

Dated: November 17, 2014

_____
UNITED STATES DISTRICT JUDGE